THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* RAUL CASILLAS, Petitioner-Appellant.

(No. 59333;

First District (4th Division)—March 12, 1975.

Opinion by Mr. PRESIDING JUSTICE DIERINGER.

Paul Bradley and Margaret Maxwell, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Thomas D. Rafter, Assistant State's Attorneys, of counsel), for the People.